

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2016

No. 04-16-00644-CV

**UTILITY TRAILER SALES SOUTHEAST TEXAS, INC.**,
Appellant

v.

Hector L. **LOZANO** and Mary E. Short,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003881 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file brief is hereby GRANTED. Time is extended to December 12, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court